# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOSEPH SEIKEL and TERENCE SEIKEL,<br><br>  Plaintiffs/Relators,<br><br>v.<br><br>DAVID B. ALVAREZ; APPLIED CONSTRUCTION SOLUTIONS, INC.; ENERGY TRANSPORTATION, LLC; ENERGY RESOURCE GROUP, LLC; ET360, LLC; BEAR CONTRACTING, LLC; BEAR UTILITIES, LLC; JASON P. HENDERSON; and JOHN DOES NOS. 1-50, FICTITIOUS NAMES;<br><br>  Defendants. | No. 2:20-cv-05286-ER |

## ORDER

AND NOW, this _____ day of _____, 2022, upon consideration of Defendants David B. Alvarez; Applied Construction Solutions, Inc.; and Energy Transportation, LLC's Motion to Transfer Venue Under 28 U.S.C. § 1404(a), and any Notices of Joinder by Defendants Energy Resource Group, LLC; ET360, LLC; Bear Contracting, LLC; Bear Utilities, LLC; and Jason P. Henderson, and any response by Relators, it is hereby ORDERED that Defendants' Motion is GRANTED, and the Clerk's Office is hereby directed to transfer this case to the Northern District of West Virginia.

BY THE COURT

_____
Hon. Eduardo C. Robreno

1