# EXHIBIT A



# Business Entity Details

## Main

| | | | | |
|---|---|---|---|---|
| Name: OCTANE ENVIRONMENTAL, LLC | | | Organization Number: 357143 | |
| Type: LLC | Sec Type: | City: BRIDGEPORT | Class: P | Ch Type: F |
| Eff Date: 7/22/2016 | Fil Date: 7/22/2016 | Term Date: | Term Reason: | AW/Term: A |
| CH County: Harrison | Ch State: OH | Bus Purp: 2131 | Ex Acres: | Term Yrs: |
| Auth Shrs: | Cap Stck: | Status: Active | Par Val: | MGMT: MBR |

## Addresses

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal Office Address: | Name: | Addr1: PO BOX 67 | Addr2: | City: BRIDGEPORT | State: WV | Zip: 26330 |
| Designated Office Address: | Name: | Addr1: 6388 W. VETERANS MEMORIAL HWY | Addr2: | City: BRIDGEPORT | State: WV | Zip: 26330 |
| Notice of Process Address: | Name: JOSEPH SEIKEL | Addr1: 45346 COURTVIEW TRL | Addr2: | City: NOVI | State: MI | Zip: 48375 |
| Mailing Address: | Name: | Addr1: PO BOX 67 | Addr2: | City: BRIDGEPORT | State: WV | Zip: 26330 |
| Mailing Address: | Name: | Addr1: | Addr2: | City: | State: | Zip: |

## Officers

| | | | | | | |
|---|---|---|---|---|---|---|
| Member: | Name: CRAIG STACY | Addr1: 1080 TOP OF THE HILL RD | Addr2: | City: AKRON | State: OH | Zip: 44333 |
| Member: | Name: JOSEPH SEIKEL | Addr1: 45346 COURTVIEW TRL | Addr2: | City: NOVI | State: MI | Zip: 48375 |
| Member: | Name: TERENCE SEIKEL | Addr1: 2766 CASTLEMARTIN COURT | Addr2: | City: OAKLAND TOWNSHIT | State: MI | Zip: 48306 |

## DBAs

No Records Found.

Privacy - Terms

## Names

No Records Found.

## Mergers

No Records Found.

## Subsidiaries

No Records Found.

## Amendments

No Records Found.

## Dissolutions

No Records Found.

## Annual Reports

| Filing For | Date Filed |
| --- | --- |
| 2022 | 5/5/2022 |
| 2021 | 6/29/2021 |
| 2020 | 7/16/2020 |
| 2019 | 1/21/2019 |
| 2018 | 3/12/2018 |
| 2017 | 5/22/2017 |

## With this information, you can...

Purchase Certificate of Authorization

If you would like to purchase a Certificate of Authorization for this business entity, select the button to the left to add certificate to your shopping cart. You will be assessed a $10.00 fee for each certificate. Click the Shopping Cart link upper right corner to complete your order.

Privacy - Terms

Back To Search Results

Search Again

Privacy - Terms