```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| JOSEPH SEIKEL, | : | CIVIL ACTION |
| | : | NO. 20-5286 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID B. ALVAREZ, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **22nd** day of **November, 2022,** upon consideration of the parties' joint letter request to extend deadlines, it is hereby **ORDERED** that:

1. Plaintiff-Relators shall submit a response to Defendants' Motion to Transfer Venue (ECF No. 28) on or by **December 14, 2022.**

2. Defendants' omnibus reply brief shall be filed on or by **January 6, 2023.**

3. Any responsive pleading to the Complaint and Summons shall be filed **21 days** following the disposition of Defendants' Motion to Transfer Venue.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**