```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSEPH SEIKEL et al.,          :   CIVIL ACTION
                               :   NO. 20-5286
       Plaintiffs,             :
                               :
   v.                          :
                               :
DAVID B. ALVAREZ, et al.,      :
                               :
       Defendants.             :
```

**ORDER**

**AND NOW,** this **20th** day of **December, 2022,** upon consideration of Defendants' Motion to Transfer Venue (ECF No. 28) and Relators' Response thereto (ECF No. 34), it is hereby **ORDERED** that a videoconference shall be held via Zoom on **January 4, 2023,** at **11:00 am**. The parties will receive the link approximately 24 hours prior to the videoconference.

It is **FURTHER ORDERED** that the United States is invited to offer its opinion in writing and or participate in the above-scheduled hearing.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**